**Order entered February 12, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01188-CV

### HENRY S. MILLER COMMERIAL COMPANY, Appellant

### V.

### NEWSOM, TERRY & NEWSOM, LLP, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-1306**

## ORDER

We **GRANT** appellant's February 9, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **MARCH 13, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE